UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**

      **Plaintiff,**                                 Cause No. 2-25-mj-00868-gjf

v.

**JOSE LUIS CANO, also known as**

**JOEL CANO**

      **Defendant.**

### ENTRY OF APPEARANCE

**COMES NOW** William L. Lutz and David P. Lutz of Martin & Lutz P.C.

And hereby enters their appearance on behalf of the defendant in the above cause.

                                             MARTIN & LUTZ, P.C.

                                             By: _____

                                                    William L. Lutz
                                                  *Attorney for Defendant*
                                                  P. O. Drawer 1837
                                                  Las Cruces, NM 88004
                                                  (575) 526-2449
                                                  wlutz@qwestoffice.net

### CERTIFICATE OF SERVICE

I hereby certify that on this _25_ day of April 2025, a copy of *Entry of Appearance* will be hand delivered to the U.S. Attorney's Office

                                                  _____
                                                  Willaim L. Lutz