# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY J. FOURATT

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-868 MJ** | Date: | **4/29/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **JOSE LUIS CANO, AKA JOEL CANO** | **WILLIAM LUTZ and DAVID LUTZ** | ☐ | ☒ |
| | | | |
| | | | |

| Assistant U.S. Attorney: | **MARIA ARMIJO**<br>**RANDY CASTELLANO**<br>**ELIZABETH TONKIN** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **VIRGINIA SILVA** | Court in Session: | **10:03-10:29 A.M.   (13 MINS)** | |

| | |
|---|---|
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants  ☐ Government's  ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☒ | Defendant released on the following conditions |
| ☒ | Conditions of Release continued on Page 2 |
| ☒ | OTHER:  AUSA ARMIJO IS REQUESTING A SECURED BOND CONSIDERING THE ASSETS.  AUSA ARMIJO HAS CONCERNS ABOUT THE LIVING SITUATION AND DEFENDANTS TALKING ABOUT THE CASE.  DEFENSE COUNSEL WOULD LIKE AN UNSECURED BOND, DEFENDANT HAS LIVED IN DONA ANA COUNTY ALL HIS LIFE AND HAS STRONG TIES TO THE COMMUNITY.  DEFENSE COUNSEL HAS DEFENDANT'S PASSPORT WHICH WILL BE GIVEN TO PRETRIAL TODAY.  THE FIREARMS HAVE BEEN REMOVED FROM THE HOUSE.  **COURT'S RULING –** COURT RELEASES DEFENDANT ON A $10,000 SECURED BOND AND ON THE FOLLOWING CONDITIONS AS LISTED BELOW TO INCLUDE A RENTER/OCCUPANT CONDITION: |

| | **CONDITIONS OF RELEASE** | | |
|---|---|---|---|
| ☒ | Bond set: $10,000 secured bond | ☒ | Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution. The defendant may be allowed to reside and have contact with Nancy Cano, currently charged in Docket No. 2:25-mj-00867-GJF-1 with 18 U.S.C. 1512(c)(1) – Tampering with Evidence; however, must refrain from collaborating about the circumstances of each of their respective cases. The defendant must avoid all contact, directly or indirectly, with Cristhian Ortega-Lopez, who was arrested, and is currently charged in Docket No. 2:25-mj-00330-DLM-1 with 18 U.S.C. 922(g)(5) – Possession of a Firearm and/or Ammunition by an Illegal Alien and pending criminal proceedings. |
| ☐ | Defendant released to the third party custody of: **Third Party Custodian must co-sign the bond.** | ☐ | Participate in medical or psychiatric treatment/mental health assessment/treatment/counseling as directed by Pretrial Services. |
| ☐ | Defendant must reside with the Third Party Custodian. | ☐ | Defendant must maintain residence at the halfway house and comply will all facility rules. |
| ☒ | Defendant must not violate federal, state, or local law while on release. | ☒ | Not possess a firearm, destructive device, or other dangerous weapon. |
| ☒ | Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a. | ☒ | Not use alcohol excessively. |
| ☒ | Defendant must advise the Court or the Pretrial Services office or supervising officer in writing before making any change of residence or telephone number. | ☒ | Not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner. |
| ☒ | Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose. | ☐ | Submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. |
| ☒ | Defendant must sign an Appearance Bond, if ordered. | ☐ | Participate in a program of substance abuse treatment as directed by Pretrial Services. |
| ☒ | Report to Pretrial Services for supervision, as directed. | ☐ | Participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component:<br><br>Technology: **Active Global Positioning System (GPS)**<br><br>Component: **Home Detention**<br><br>Defendant must pay all or part of the cost of the program based on ability to pay. |

| | | | |
|---|---|---|---|
| ☐ | Continue or actively seek employment | ☒ | Report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |
| ☒ | Surrender and not obtain a passport or other international travel documents. | ☐ | Refrain from the use and possession of synthetic cannabinoids or legally sold designer drugs. |
| ☒ | Abide by the following restrictions on personal association, residence, or travel as directed by Pretrial Services.  Travel restricted to:  county of residence.  Pretrial Services can expand travel if necessary. | ☒ | Other: Defendant is forbidden from renting to, continuing to rent to, or permitting the overnight stay of any person outside Defendant's family who is not either a United States Citizen or Lawful Permanent Resident Alien.<br><br>Defendant must provide to Pretrial Services information about tenants or overnight guests (outside Defendant's legal family) not paying rent that will permit Pretrial Services to confirm that these persons are either United States Citizens or Lawful Permanent Resident Aliens. This condition applies to any residence or portion of residence, including casitas or out-buildings, over which Defendant exercise any ownership or control. Defendant must provide this information to Pretrial Services every time there is a change of tenant at any residence and every time Defendant allows overnight guests who are not also members of Defendant's family.<br><br>Defendant shall have 30 days to provide this information to Pretrial Services initially upon Defendant's release and 30 days following any change in tenancy or stay of overnight guest on a going-forward basis. |