IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JOSE LUIS CANO, also known as**
**JOEL CANO,**

                                Cause No. 2-25-mj-00868-gjf

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENSE

    **COMES NOW, GARY C. MITCHELL, P.C.**, Attorneys at Law, and appears as attorney of record for Defendant in the above entitled case.

    DATED this 21st day of May, 2025.

                                              */s/ Gary C. Mitchell*
                                              GARY C. MITCHELL, P.C.
                                              P.O. Box 2460
                                              Ruidoso, New Mexico 88345
                                              (575) 257-3070
                                              gary@gmlaw.org

                                              ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by the Court's CM/ECF system to counsel of record, this 21st day of May, 2025.

                                              */s/ Gary C. Mitchell*
                                              Gary C. Mitchell, P.C.