IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JOSE LUIS CANO, also known as JOEL CANO,**

    Defendants.

Cause No. 2-25-mj-00868-gjf

## ORDER

**THIS MATTER** comes before the Court on Defendant's Motion for Substitution of Counsel, and the Court having reviewed the Motion, finds that the Motion is well taken and shall be **GRANTED.**

**THEREFORE, IT IS THE ORDER OF THE COURT** that Mr. David P. Lutz and Mr. William L. Lutz, are hereby withdrawn as counsel, and Gary C. Mitchell is substituted as retained counsel for Defendant.

**IT IS FURTHER ORDERED** that all notices and pleadings hereafter filed be sent to counsel of record, Gary C. Mitchell.

_____
GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE